No. —, original. EX PARTE MARKS. January 22, 1934. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. Ralph Marks, pro se.*

No. —, original. PRINCIPALITY OF MONACO *v.* MISSISSIPPI. February 5, 1934. Return to the rule to show cause presented.

No. 358. BOSWORTH, RECEIVER, *v.* CONTINENTAL ILLINOIS BANK & TRUST CO. Argued February 7, 1934. Decided February 12, 1934. *Per Curiam:* Judgment reversed. *Dakin* v. *Bayly,* 290 U.S. 143. *Mr. Edward R. Adams,* with whom *Messrs. Amos C. Miller, Sidney S. Gorham, Henry W. Wales, F. G. Awalt, George P. Barse, John F. Anderson,* and *George B. Springston* were on the brief, for petitioner. *Messrs. Isaac H. Mayer* and *David F. Rosenthal,* with whom *Messrs. Carl Meyer* and *Frank D. Mayer* were on the brief, submitted for respondent.